# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HYRUM JOSEPH WEST, | |
| Plaintiff, | Case No. 2:13-cv-00271-APG-VCF |
| vs. | **O R D E R** |
| NYE COUNTY, et al., | |
| Defendants. | |

Plaintiff has submitted an amended complaint (#8).  He has corrected the defects that the court identified in the original complaint.  The court will serve the amended complaint upon defendants.

**IT IS THEREFORE ORDERED** that the clerk of the court shall issue summons to the named defendants, and deliver same with copies of the amended complaint (Dkt. #8) to the U.S. Marshal for service.  Plaintiff shall have twenty (20) days in which to furnish to the U.S. Marshal the required Forms USM-285.  Within twenty (20) days after receiving from the U.S. Marshal a copy of the Form USM-285 showing whether service has been accomplished, plaintiff must file a notice with the court identifying which defendants were served and which were not served, if any. If plaintiff wishes to have service again attempted on an unserved defendant(s), then a motion must be filed with the court identifying the unserved defendant(s) and specifying a more detailed name and/or address for said defendant(s), or whether some other manner of service should be attempted. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service must be accomplished within one hundred twenty (120) days from the date that this order is entered.

1     **IT IS FURTHER ORDERED** that from now onward, plaintiff shall serve upon defendants

2   or, if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading,

3   motion or other document submitted for consideration by the court.  Plaintiff shall include with the

4   original paper submitted for filing a certificate stating the date that a true and correct copy of the

5   document was mailed to the defendants or counsel for the defendants.  The court may disregard any

6   paper received by a district judge or magistrate judge which has not been filed with the clerk, and

7   any paper received by a district judge, magistrate judge or the clerk which fails to include a

8   certificate of service.

9          DATED:    December 19, 2013.

10

11                                                    _____

                                                      ANDREW P. GORDON

12                                                    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28