1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

9   HYRUM JOSEPH WEST,

10          Plaintiff,                           Case No. 2:13-cv-00271-APG-VCF

11   vs.                                         **ORDER**

12   NYE COUNTY, et al.,

13          Defendants.

14

15          The court denied plaintiff's motion for leave to file an amendment adding defendants (#12)

16   because he did not comply with this court's Local Rule 15-1(a), which requires that a motion for

17   leave to file an amended complaint be accompanied by the proposed amended complaint.  Order

18   (#13).  Plaintiff has filed a motion for reconsideration (#14).  Also on the docket is an amended

19   complaint (#15).  The defendants that plaintiff has added are county commissioners of Nye County,

20   sued in their official capacities and individual capacities.  To the extent that he tries to sue the

21   commissioners in their official capacities, the amendment would be redundant, because an official-

22   capacity claim against a person is the same as suing the entity that employs that person, and

23   plaintiff already is suing Nye County.  See Kentucky v. Graham, 473 U.S. 159, 165 (1984).  To the

24   extent that he is trying to sue the commissioners in their individual capacities, he does not allege the

25   necessary personal knowledge or involvement on the part of the commissioners; the commissioners

26   cannot be liable personally simply because they were the county commissioners at the time.  See

27   Hansen v. Black, 885 F.2d 642, 646 (9th Cir. 1989).  Indeed, plaintiff does not mention the

28

commissioners at all in the body of the complaint.  Consequently, amendment of the complaint would be futile.  The court denies the motion and strikes the amended complaint (#15).

**IT IS THEREFORE ORDERED** that plaintiff's motion for reconsideration (#14) is **DENIED**.

**IT IS FURTHER ORDERED** that the clerk of the court shall **STRIKE** the amended complaint (#15).

Dated:  April 28, 2014.

_____
ANDREW P. GORDON
United States District Judge

-2-