UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

HYRUM JOSEPH WEST,

        Plaintiff,

vs.

NYE COUNTY, *et al.*,

        Defendants.

Case No. 2:13–cv–271–APG–VCF

**ORDER**

      This matter involves Hyrum Joseph West's civil rights action against Nye County, *et al.* Before the court is West's Motion to Compel (#33[1]). Nye County opposed (#34); and West replied (#35). Also before the court is West's Motion for Leave to Expand the Interrogatory Limit (#36). Nye County opposed (#40). For the reasons stated below, both motions are denied.

      On July 24, 2014, the court entered a discovery plan and scheduling order, which set October 22, 2014, as the discovery-cutoff date. (*See* Doc. #28 at ¶ 6). No extensions were requested and none have been granted. Nonetheless, on October 23, 2014, and November 18, 2014, West filed in instant discovery motions. Now, the parties are currently briefing Nye County's Motion for Summary Judgment (#37).

      West's discovery motions are untimely. The Ninth Circuit has emphasized that a case management order "is not a frivolous piece of paper, idly entered, which can be cavalierly disregarded . . . without peril." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 610 (9th Cir. 1992) (internal quotations and citations omitted). West has not moved to reopen discovery or argued that his discovery requests—which are rather broad—are needed to oppose Nye County's Motion for Summary Judgment.

---

[1] Parenthetical citations refer to the court's docket.

1

(*See* Doc. #41) (requesting an extension of time to file an opposition to the motion for summary judgment in order to conduct legal research and access the law library).

ACCORDINGLY, and for good cause shown,

IT IS ORDERED that Hyrum Joseph West's Motion to Compel (#33) is DENIED.

IT IS FURTHER ORDERED that Hyrum Joseph West's Motion for Leave to Expand the Interrogatory Limit (#36) is DENIED.

DATED this 19th day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE