**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| HYRUM JOSEPH WEST,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>NYE COUNTY et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:13-cv-00271-APG-VCF<br><br>**ORDER AFFIRMING MAGISTRATE JUDGE'S ORDER**<br><br>(Dkt. #47) |

　　　Plaintiff Hyrum Joseph West filed two discovery-related motions in this case. (Dkt. ##33, 36.) Magistrate Judge Ferenbach denied those motions because they were untimely.[1] (Dkt. #43.) West objected to Judge Ferenbach's ruling. (Dkt. #47.)  I have reviewed the Objection, Judge Ferenbach's Order, and the underlying papers.  Judge Ferenbach's Order is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a); Fed. R. Civ. P. 72(a); *U.S. ex rel. Carter v. Halliburton*, 266 F.R.D. 130, 132 (E.D. Va. 2010) ("[D]iscovery motions do not dispose of the case before the court and are thus nondispositive within the meaning of Rule 72(a).").  Therefore,

　　　IT IS HEREBY ORDERED that Magistrate Judge Ferenbach's Order is affirmed in its entirety, and plaintiff's Objection (Dkt. #47) is overruled.

　　　DATED this 29th day of June, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Both of plaintiff's motions were filed after the discovery cut-off date.