# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| HYRUM JOSEPH WEST, | |
| Plaintiff, | 2:13-cv-00271-APG-VCF |
| vs. | **ORDER** |
| NYE COUNTY DETENTION, *et al.*, | |
| Defendants. | |

Before the court is Plaintiff's Motion Requesting Documents (#56).

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Plaintiff's Motion Requesting Documents (#56) is GRANTED. The Clerk of Court is directed to mail Plaintiff the current docket sheet and copies of the following docket entries:

1. Defendants' Opposition to Plaintiff's Formal Objection to Magistrate Judge's Order (#51),

2. Order Granting Defendants' Motion for Summary Judgment (#53); and,

3. This Order.

DATED this 15th day September, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE