# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

HYRUM JOSEPH WEST,

        Plaintiff,

vs.

NYE COURNTY DETENTION, *et al.*,

        Defendants.

2:13-cv-00271-APG-VCF

**ORDER**

    Before the Court is Plaintiff's Motion for Extension of Time to File Opposition Pending Pro Bono Counsel (ECF NO. 83).

    Accordingly,

    IT IS HEREBY ORDERED that any opposition to Plaintiff's Motion for Extension of Time to File Opposition Pending Pro Bono Counsel (ECF NO. 83) must be filed on or before August 17, 2018. No reply necessary.

    DATED this 9th day of August, 2018.

                                                    CAM FERENBACH
                                                    UNITED STATES MAGISTRATE JUDGE