# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

HYRUM JOSEPH WEST,

    Plaintiffs,

vs.

NYE COUNTY, *et al.*,

    Defendants.

2:13-cv-00271-APG-VCF

**ORDER**

Before the Court is Plaintiff's Motion for Extension of Time to File Opposition Pending Pro Bono Counsel (ECF No. 83).

Defendants do not oppose the sixty-day extension to file an opposition to Defendants' renewed motion for summary judgment (ECF No. 85).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's opposition to Defendants' Motion for Summary Judgment (ECF No. 80) must be filed on or before October 17, 2018.

DATED this 20th day of August, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE