# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HYRUM JOSEPH WEST, | Case No.: 2:13-cv-00271-APG-VCF |
| Plaintiff | **Order Granting Leave for Pro Bono Counsel to File a Supplemental Opposition** |
| v. | |
| NYE COUNT DETENTION, et al., | |
| Defendants | |

In light of the recent appearance of pro bono counsel in this case after summary judgment briefing is completed, I will grant pro bono counsel time to file a supplemental opposition to the defendants' motion for summary judgment. I also will grant the defendants the opportunity to file a supplemental reply.

IT IS THEREFORE ORDERED that on or before January 10, 2019, plaintiff Hyrum Joseph West may file a supplemental opposition to the defendants' motion for summary judgment.

IT IS FURTHER ORDERED that if the plaintiff files a supplemental response, the defendants may file a supplemental reply within 14 days thereafter.

DATED this 18th day of December, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE