ANGELA H. DOWS, ESQ.
Nevada Bar No. 10339
adows@premierlegalgroup.com
PREMIER LEGAL GROUP
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile: (702) 794-4421
*Pro Bono Counsel Referred
via the Legal Aid Center of Southern Nevada*
for Plaintiff HYRUM JOSEPH WEST

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| HYRUM JOSEPH WEST, | ) |
| | ) 2:13-cv-00271-APG-VCF |
| Plaintiff, | ) |
| | ) **STIPULATION TO EXTEND TIME** |
| v. | ) **TO FILE SUPPLEMENTAL** |
| | ) **OPPOSITION AND SUPPLEMENTAL** |
| NYE COUNTY, *et al.*, | ) **REPLY TO MOTION FOR** |
| | ) **SUMMARY JUDGMENT** |
| Defendants. | ) (First Request) |
| | ) **ORDER** |

IT IS HEREBY STIPULATED by and between Angela H. Dows, Esq., counsel for Plaintiff HYRUM JOSEPH WEST, and Craig R. Anderson, Esq., and Jonathan B. Lee, Esq., counsel for Defendants NYE COUNTY, *et al.*, that the dates for: (1) Plaintiff HYRUM JOSEPH WEST to file his supplemental opposition be extended to thirty (30) days following the final decision on Plaintiff's Motion to Extend Discovery as to Newly-Discovered Evidence [ECF No. 92], and (2) Defendants' supplemental reply be extended to fourteen (14) days after the filing of Plaintiff's supplemental opposition.

The parties also agree that a final decision on Plaintiff's Motion [ECF No. 92] includes an allowance of time for the parties to file and obtain ruling(s) on, if filed, any objections to any report(s) or order(s) as to Plaintiff's Motion.. This is the first stipulation filed in the matter to

continue the deadlines for the supplemental opposition and reply, and is entered into for the following reasons:

1. That, as noted, on December 28, 2018 Plaintiff has filed a motion to extend and re-open discovery related to newly-discovered evidence [ECF No. 92.]

2. The motion to extend potentially impacts the evidence in the instant case, including arguments or additional discovery potentially having a bearing on the pending motion for summary judgment.

3. That without a continuance of the supplemental opposition and reply, then important issues in the case may be undetermined prior to the ruling of a potentially dispositive motion in the case.

4. That Plaintiff HYRUM JOSEPH WEST is currently incarcerated, and does not object to the subject brief continuance.

5. The additional time requested herein is being sought in good faith not sought for purposes of delay, but merely to allow the parties adequate time to have the necessary issues reviewed related to potentially important additional discovery in the case.

DATED this 9th day of January, 2019.

| | |
|---|---|
| PREMIER LEGAL GROUP<br>By: */s/ Angela H. Dows*<br>ANGELA H. DOWS, ESQ.<br>1333 North Buffalo Drive, Suite 210<br>Las Vegas, Nevada 89128<br>adows@premierlegalgroup.com<br>*Pro Bono Counsel Referred*<br>*via the Legal Aid Center of Southern Nevada*<br>*for Plaintiff HYRUM JOSEPH WEST* | MARQUIS AURBACH COFFING<br>By: */s/ Craig R. Anderson*<br>CRAIG R. ANDERSON, ESQ.<br>By: */s/ Jonathan B. Lee*<br>JONATHAN B. LEE, ESQ.<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>jbl@maclaw.com<br>*Counsel for Defendants* |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

HYRUM JOSEPH WEST,  )
                                                   ) 2:13-cv-00271-APG-VCF
          Plaintiff,  )
                                   ) **FINDINGS OF FACT,**
v.                                   ) **CONCLUSIONS OF LAW, AND**
                                   ) **ORDER THEREON**
NYE COUNTY, *et al.*,  )
          Defendants.  )

## **FINDINGS OF FACT**

Based on the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. On December 28, 2018, Plaintiff HYRUM JOSEPH WEST filed a Motion to Extend Discovery as to Newly-Discovered Evidence [ECF No. 92.]

2. The Court's ruling on Plaintiff's Motion [ECF No. 92] may ultimately result in additional discovery or briefing in the case, all of which could have an impact upon dispositive issues, including Defendants' pending motion for summary judgment.

3. Thus, the parties anticipate that Plaintiff's Motion [ECF No. 92] to extend discovery will need to be briefed and concluded prior to effectuating final briefing as to Defendants' Renewed Motion for Summary Judgment. [*See* ECF No. 91.]

4. That Plaintiff HYRUM JOSEPH WEST is incarcerated, and does not object to the subject continuance.

5. The additional time requested herein is not sought for purposes of delay, but

merely to allow the parties to resolve an important discovery issue in the instant case, taking into account the exercise of due diligence.

6. Additionally, denial of this request for a continuance could result in the miscarriage of justice without resolving the instant discovery dispute prior to concluding dispositive motion briefing.

## CONCLUSIONS OF LAW

The additional time requested by this stipulation is sought in good faith not sought for purposes of delay, but instead to allow the parties adequate time to work through a discovery matter, taking into account the exercise of due diligence. For all of the above-stated reasons, the ends of justice would best be served by a brief continuance of the supplemental opposition and supplemental reply to Defendants' motion for summary judgment.

## ORDER

IT IS THEREFORE ORDERED that the previously-scheduled deadline of January 10, 2019 for Plaintiff HYRUM JOSEPH WEST to file his supplemental opposition to Defendants' motion for summary judgment is extended to thirty (30) days following the final decision or receipt of discovery on Plaintiff's Motion to Extend Discovery as to Newly-Discovered Evidence [ECF No. 92].

IT IS FURTHER ORDERED that Defendants' supplemental reply be extended to fourteen (14) days after the filing of Plaintiff's supplemental opposition to Defendants' motion for summary judgment.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
Dated: January 10, 2019.