# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| HYRUM JOSEPH WEST,<br><br>        Plaintiff,<br><br>vs.<br><br>NYE COUNTY DETENTION, *et al.*,<br><br>        Defendants. | 2:13-cv-00271-APG-VCF<br><br>**ORDER** |

    Before the court is the Motion to Extend Discovery as to Newly-Discovered Evidence (ECF NO. 92).

    Accordingly,

    IT IS HEREBY ORDERED that a hearing on the Motion to Extend Discovery as to Newly-Discovered Evidence (ECF NO. 92) is scheduled for 2:00 PM, February 19, 2019, in Courtroom 3D.

    DATED this 25th day of January, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE