# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| HYRUM JOSEPH WEST,<br><br>  Plaintiff,<br><br>vs.<br><br>NYE COUNTY., *et al.*,<br><br>  Defendants. | 2:13-cv-00271-APG-VCF<br>**ORDER**<br><br>MOTION TO SEAL [ECF NO. 105] |

Before the Court is Defendants Anthony Demeo, Richard Marshall, Terry Rising, and Nye County's Motion for Leave to File Exhibits B and C of ECF No. 104 Under Seal. (ECF No. 105). However, the documents Defendants seek to have sealed have not been submitted to the Court. (*See* ECF Nos. 104, 105). The Court cannot evaluate whether the documents should be filed under seal without viewing the documents. *See* Local Rule IA 10-5(a). ("[P]apers filed with the court under seal must be accompanied by a motion for leave to file those documents under seal.")

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that Defendants' Motion for Leave to File Exhibits B and C of ECF No. 104 Under Seal (ECF No. 105) is DENIED WITHOUT PREJUDICE. Defendants have until June 14, 2019 to file a renewed motion to seal with the relevant documents attached, temporarily under seal.

DATED this 4th day of June, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE