**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
bhardy@maclaw.com
jbl@maclaw.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HYRUM JOSEPH WEST,<br><br>            Plaintiff,<br><br>vs.<br><br>NYE COUNTY et al.,<br><br>            Defendants. | Case Number:<br>2:13-cv-00271-APG-VCF<br><br>**DEFENDANTS' EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** |

The remaining defendants, Anthony Demeo, Richard Marshall, Terry Rising, and Nye County (collectively "Defendants"), by and through their attorneys of record, hereby request that Jonathan B. Lee, Esq. be removed from the list of counsel to be noticed because Mr. Lee is no longer an attorney with the law firm of Marquis Aurbach Coffing.

Dated this 3rd day of June, 2019.

MARQUIS AURBACH COFFING

By: /s/ Jonathan B. Lee
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    Brian R. Hardy, Esq.
    Nevada Bar No. 10068
    Jonathan B. Lee, Esq.
    Nevada Bar No. 13524
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 6-14-2019

MAC:11779-075 3753089_1 6/3/2019 3:20 PM

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DEFENDANTS' EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 3rd day of June, 2019.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

_____
An employee of Marquis Aurbach Coffing

MAC:11779-075 3753089_1 6/3/2019 3:20 PM