ANGELA H. DOWS, ESQ.
Nevada Bar No. 10339
adows@crdslaw.com
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile: (702) 794-4421
*Pro Bono Counsel Referred
via the Legal Aid Center of Southern Nevada*
for Plaintiff HYRUM JOSEPH WEST

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| HYRUM JOSEPH WEST, | 2:13-cv-00271-APG-VCF |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO FILE SUPPLEMENTAL OPPOSITION AND SUPPLEMENTAL REPLY TO MOTION FOR SUMMARY JUDGMENT** |
| NYE COUNTY, *et al.*, | |
| Defendants. | (Third Request) |

IT IS HEREBY STIPULATED by and between Angela H. Dows, Esq., counsel for Plaintiff HYRUM JOSEPH WEST, and Craig R. Anderson, Esq., and Brian R. Hardy, Esq., counsel for Defendants NYE COUNTY, *et al.*, that the dates for: (1) Plaintiff HYRUM JOSEPH WEST to file his supplemental opposition be extended for seven (7) days from the current deadline of August 22, 2019. This is the third stipulation filed in the matter to continue the deadlines for the supplemental opposition and reply, and is entered into for the following reasons:

1. Plaintiff has been drafting the supplemental opposition to the motion for summary judgment, and one or more items have arisen that require additional conferring with the client.

2. Plaintiff compiled and disclosed supplemental information to Defendants related to subpoenaed information in the case in approximately late July of 2019.

3. Plaintiff's counsel requests one week, or on or before August 29, 2019 to be able to compile the information in the case, finalize the supplemental opposition, and confer with the client as to one or more additional items upon review of the case.

4. That Plaintiff HYRUM JOSEPH WEST is currently incarcerated at Northern Nevada Transitional Housing (*see* Nevada Department of Corrections Inmate Search under search term of "Hyrum West" as of August 21, 2019, *available at*: https://ofdsearch.doc.nv.gov/form.) and does not object to the subject brief continuance.

5. The additional time requested herein is being sought in good faith not sought for purposes of delay, but merely to allow the parties adequate time to have the necessary issues reviewed related to additional discovery in the case.

DATED this 21st day of August, 2019.

| | |
|---|---|
| CORY READE DOWS & SHAFER<br>By: */s/ Angela H. Dows*<br>ANGELA H. DOWS, ESQ.<br>1333 North Buffalo Drive, Suite 210<br>Las Vegas, Nevada 89128<br>adows@crdslaw.com<br>*Pro Bono Counsel Referred*<br>*via the Legal Aid Center of Southern Nevada*<br>*for Plaintiff HYRUM JOSEPH WEST* | MARQUIS AURBACH COFFING<br>By: */s/ Craig R. Anderson*<br>CRAIG R. ANDERSON, ESQ.<br>By: */s/ Brian R. Hardy*<br>BRIAN R. HARDY, ESQ.<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Counsel for Defendants* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| HYRUM JOSEPH WEST, ) | |
| ) | 2:13-cv-00271-APG-VCF |
| Plaintiff, ) | |
| ) | **FINDINGS OF FACT,** |
| v. ) | **CONCLUSIONS OF LAW, AND** |
| ) | **ORDER THEREON** |
| NYE COUNTY, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Plaintiff has been drafting the supplemental opposition to the motion for summary judgment, and one or more items have arisen that require additional conferring with the client.

2. Plaintiff compiled and disclosed supplemental information to Defendants related to subpoenaed information in the case in approximately late July of 2019.

3. Plaintiff's counsel requests one week, or on or before August 29, 2019 to be able to compile the information in the case, finalize the supplemental opposition, and confer with the client as to one or more additional items upon review of the case

4. That Plaintiff HYRUM JOSEPH WEST is incarcerated, and does not object to the subject continuance.

5. The additional time requested herein is not sought for purposes of delay, but merely to allow the parties to review discovery in the instant case, taking into account the exercise of due diligence.

6. Additionally, denial of this request for a continuance could result in the miscarriage of justice without resolving the instant discovery dispute prior to concluding dispositive motion briefing.

## CONCLUSIONS OF LAW

The additional time requested by this stipulation is sought in good faith not sought for purposes of delay, but instead to allow the parties adequate time to work through additional disclosed discovery and client conferring, taking into account the exercise of due diligence. For all of the above-stated reasons, the ends of justice would best be served by a brief continuance of the supplemental opposition and supplemental reply to Defendants' motion for summary judgment.

## ORDER

IT IS THEREFORE ORDERED that the previously-scheduled deadline of August 22, 2019 for Plaintiff HYRUM JOSEPH WEST to file his supplemental opposition to Defendants' motion for summary judgment is extended by approximately seven (7) days, or to on or before ___ August 29, 2019 _____.

IT IS FURTHER ORDERED that Defendants' supplemental reply be extended to fourteen (14) days after the filing of Plaintiff's supplemental opposition to Defendants' motion for summary judgment.

_____
UNITED STATES DISTRICT JUDGE
Dated: August 22, 2019.