**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brian R. Hardy, Esq.
Nevada Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
bhardy@maclaw.com
   Attorneys for Defendants Nye County, et al.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HYRUM JOSEPH WEST,<br><br>              Plaintiff,<br><br>vs.<br><br>NYE COUNTY et al.,<br><br>             Defendants. | Case Number:<br>2:13-cv-00271-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF RENEWED MOTION FOR SUMMARY JUDGMENT (FOURTH REQUEST)** |

IT IS HEREBY STIPULATED by and between Angela H. Dows, Esq., counsel for Plaintiff HYRUM JOSEPH WEST, and Craig R. Anderson, Esq., and Brian R. Hardy, Esq., counsel for Defendants NYE COUNTY, *et al.*, that the dates for: (1) Defendants' supplemental reply be extended fourteen (14) days from the current deadline of September 12, 2019. This stipulation is filed in the matter to continue the deadline for its reply and is entered into for the following reasons:

Counsel for Defendants has been out of the office for most of the last two weeks (since service of Plaintiff Hyrum West's supplemental opposition [ECF 120]) taking and defending depositions in a case which is under expedited discovery deadlines and has been unable to review and file the supplemental reply.

. . .

. . .

Dated this 12th day of September, 2019.

| MARQUIS AURBACH COFFING<br><br>By  /s/ Brian R. Hardy, Esq.<br>　　Craig R. Anderson, Esq.<br>　　Brian R. Hardy, Esq.<br>　　10001 Park Run Drive<br>　　Las Vegas, Nevada  89145<br>　　*Attorney(s) for Defendants Nye County* | CORY READE DOWS & SHAFER<br><br>By  /s/ Angela H. Dows, Esq.<br>　　Angela H. Dows, Esq.<br>　　1333 North Buffalo Drive, Ste. 210<br>　　Las Vegas, Nevada  89128<br>　　*Pro Bono Counsel Referred via the Legal Aid Center of Southern Nevada for Plaintiff Hyrum Joseph West* |
|---|---|

## ORDER

IT IS THEREFORE ORDERED that the previously-scheduled deadline of September 12, 2019 for Defendant NYE COUNTY to file its reply in support of renewed motion for summary judgment is extended by approximately fourteen (14) days, or to on or before September 27, 2019.

_____
UNITED STATES DISTRICT JUDGE
Dated:  September 12, 2019