# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HYRUM JOSEPH WEST, | Case No.: 2:13-cv-00271-APG-VCF |
| Plaintiff | **Order for Proposed Joint Pretrial Order** |
| v. | |
| NYE COUNTY DETENTION, et al., | |
| Defendants | |

I ORDER the parties to file a proposed joint pretrial order by January 6, 2020. The failure to do so may result in imposition of sanctions, including dismissal of this case, without further notice.

DATED this 5th day of December, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE