# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

HYRUM JOSEPH WEST,

    Plaintiff,

vs.

NYE COUNTY, *et al.*,

    Defendants.

2:13-cv-00271-APG-VCF

**ORDER**

Due to a conflict on the court's calendar,

IT IS HEREBY ORDERED that the settlement conference scheduled for March 4, 2020, is VACATED, and RESCHEDULED to **10:00 AM, March 26, 2020**. The confidential settlement statement is due no later than 4:00 PM, March 19, 2020.

All else as stated in the order setting the settlement conference remains unchanged. (ECF NO. 129).

DATED this 23rd day of January, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE