**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\*\*\***

| | |
|---|---|
| HYRUM JOSEPH WEST,<br><br>               Plaintiff,<br><br>vs.<br><br>NYE COUNTY, *et al.*,<br><br>               Defendants. | 2:13-cv-00271-APG-VCF<br>**ORDER TO PRODUCE** |

TO:    STEWART CONSERVATION CAMP; and
TO:    WARDEN OF STEWART CONSERVATION CAMP,
         UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER
         UNITED STATES MARSHAL

THE COURT HEREBY FINDS that **Hyrum Joseph West**, **Inmate No. 1077881**, is presently in custody of Steward Conservation Camp, PO Box 5005, Carson City, Nevada 89705.

IT IS HEREBY ORDERED that the Warden of High Desert State Prison, or his designee, shall transport and produce **Hyrum Joseph West**, **Inmate No. 1077881**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on **March 26, 2020, at the hour of 10:00 a.m., in LV Courtroom 3D,** to attend a settlement conference in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said, **Hyrum Joseph West**, **Inmate No. 1077881**, is released and discharged by the said Court; and that the

said **Hyrum Joseph West**, **Inmate No. 1077881**, shall thereafter be returned to the custody of the WARDEN OF STEWART CONSERVATION CAMP, under safe and secure conduct.

DATED this 23rd day of January, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE