# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| HYRUM JOSEPH WEST, | |
|---|---|
| Plaintiff, | |
| vs. | 2:13-cv-00271-APG-VCF |
| NYE COUNTY, *et al.*, | **ORDER** |
| Defendants. | |

Before the court is Plaintiff Hyrum West's Request for Exception to Attendance (ECF No. 132).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Plaintiff Hyrum West's Request for Exception to Attendance (ECF No. 132) is scheduled for 1:00 PM, February 10, 2020, in Courtroom 3D.

DATED this 5th day of February, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE