ANGELA H. DOWS, ESQ.
Nevada Bar No. 10339
adows@crdslaw.com
CORY READE DOWS & SHAFER
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
Telephone: (702) 794-4411
Facsimile:  (702) 794-4421
*Pro Bono Counsel Referred
via the Legal Aid Center of Southern Nevada*
for Plaintiff HYRUM JOSEPH WEST

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| HYRUM JOSEPH WEST, | ) |
| | ) 2:13-cv-00271-APG-VCF |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **JOINT NOTICE OF SETTLEMENT** |
| NYE COUNTY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE that Plaintiff HYRUM JOSEPH WEST, by and through counsel Angela H. Dows, Esq., of the law firm of Cory Reade Dows & Shafer, and Defendant NYE COUNTY, by and through counsel Brian R. Hardy, Esq. of the law firm of Marquis Aurbach Coffing, have reached an agreement to settle the matter as full and final settlement of any and all claims.

The parties expect to present this Court with a Stipulation and Order for Dismissal of all claims once a formal settlement agreement is executed by all parties and all settlement terms are complied with pursuant to said settlement agreement.

The parties anticipate that the circulation of the settlement paperwork and completion of the settlement terms will be completed within sixty (60) days.

The parties further provide notice that the Settlement Conference, currently set for August 6, 2020, at 10:00 a.m., may be vacated in light of the parties' settlement.

DATED this 28th day of July, 2020.

| CORY READE DOWS & SHAFER | MARQUIS AURBACH COFFING |
|---|---|
| By: */s/ Angela H. Dows* | By: */s/ Brian R. Hardy* |
| ANGELA H. DOWS, ESQ. | BRIAN R. HARDY, ESQ. |
| 1333 North Buffalo Drive, Suite 210 | 1001 Park Run Drive |
| Las Vegas, Nevada 89128 | Las Vegas, Nevada 89145 |
| *Pro Bono Counsel Referred* | *Counsel for Defendant NYE COUNTY* |
| *via the Legal Aid Center of Southern Nevada* | |
| *for Plaintiff HYRUM JOSEPH WEST* | |

IT IS HEREBY ORDERED that the settlement conference scheduled for August 6, 2020, is VACATED.

IT IS FURTHER ORDERED that the parties must file a proposed stipulation and order for dismissal on or before September 28, 2020.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated: 7/29/2020

2