**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Brian R. Hardy, Esq.
Nevada Bar No. 10068
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
bhardy@maclaw.com
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HYRUM JOSEPH WEST,<br><br>                              Plaintiff,<br><br>        vs.<br><br>NYE COUNTY et al.,<br><br>                              Defendants. | Case Number:<br>2:13-cv-00271-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Hyrum Joseph West ("Plaintiff"), by and through his counsel of record, Angela H. Dows, Esq., and Defendants Nye County et al. ("Nye County") by and through their counsel of record, the law firm of Marquis Aurbach Coffing hereby stipulate and agree as follows:

1. Any and all claims with respect to the above-captioned matter are hereby dismissed with prejudice with each party to bear its own fees and costs; and

2. Any and all dates or deadlines currently scheduled in this matter should be vacated.

IT IS SO STIPULATED this 16th day of September, 2020.

| MARQUIS AURBACH COFFING | CORY READE DOWS & SHAFER |
|---|---|
| /s/ Brian R. Hardy, Esq. | /s/ Angela H. Dows, Esq. |
| Brian R. Hardy, Esq.<br>Nevada Bar No. 10068<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for Defendants* | Angela H. Dows, Esq.<br>1333 North Buffalo Drive, Ste. 210<br>Las Vegas, Nevada 89128<br>*Pro Bono Counsel Referred via the Legal Aid Center of Southern Nevada for Plaintiff Hyrum Joseph West* |

MAC:11779-075 4139065_1

**ORDER**

Based upon the agreement of the parties, IT IS HEREBY ORDERED that all of Plaintiff's claims the above entitled action are hereby dismissed with prejudice each party to bear its own attorney fees and costs and any and all dates or deadlines currently scheduled in this matter should be vacated

Dated this 16th day of September, 2020.

_____
DISTRICT COURT JUDGE

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:11779-075 4139065_1